Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiffs*
*Derrick Chung & Jean Chung*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK CHUNG & JEAN CHUNG, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No.: <br> 3:15-cv-02709-AJB-BLM <br><br> NOTICE OF SETTLEMENT OF ENTIRE ACTION <br><br> Magistrate Judge:  Barbara Lynn Major <br> Trial Date:           None |

1

Notice of Settlement

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the entire action has settled.  A Notice of Voluntary Dismissal will be filed within 45 (forty-five) days of this filing.

                                        Respectfully submitted,

Date:  February 8, 2016        LAW OFFICE OF DANIEL G. SHAY

                                        By:  /s/ Daniel G. Shay
                                        Daniel G. Shay, Esq.
                                        409 Camino Del Rio South, Suite 101B
                                        San Diego, CA  92108
                                        Telephone: (619) 222-7429
                                        Facsimile:  (866) 431-3292

                                        *Attorney for Plaintiffs*
                                        *Derrick Chung & Jean Chung*